## RECONSIDERATION DOCKET

**00–1774.  State ex rel. Howard v. Lewandowski.**
Lucas App. No. L–00–1189. Reported at 90 Ohio St.3d 1486, 739 N.E.2d 350. IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

**00–1775.  Howard v. Franks.**
Lucas App. No. L–00–1163. Reported at 90 Ohio St.3d 1486, 739 N.E.2d 350. IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

## DISCIPLINARY DOCKET

**00–2246.  Columbus Bar Assn. v. Bailey.**
On December 15, 2000, Donald L. Bailey, movant, filed an appeal from an order issued by the Board of Commissioners on the Unauthorized Practice of Law on December 11, 2000, that denied movant's motion to set aside, vacate, or quash subpoena *duces tecum* issued on November 6, 2000, and set for compliance December 15, 2000. Movant also moved this court to set aside, vacate, or quash the subpoena *duces tecum.*

IT IS ORDERED by the court that the motion to set aside, vacate, or quash the subpoena *duces tecum* is denied as moot.

IT IS FURTHER ORDERED by the court that this case be, and hereby is, dismissed.

## MISCELLANEOUS DISMISSALS·

**00–2222.  In re Adoption of Snavely.**
Greene App. No. 2000CA20. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the court of appeals' opinion that the appeal involves adoption of a minor child. The appellant failed to state in the notice of appeal that the appeal involved adoption of a minor child as required by S.Ct.Prac.R. II(2)(B)(1). Furthermore, appellant failed to timely file this appeal within twenty days from the entry of judgment as required by S.Ct.Prac.R. II(2)(A)(1)(a). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed.

*Friday, December 22, 2000*

## MISCELLANEOUS DISMISSALS

**00–2098.  Cincinnati Bar Assn. v. Allstate Ins. Co.**
This cause is pending before the court upon movant's motion for an order to show cause why the respondent should not be held in contempt for not complying with subpoena. Upon consideration of movant's motion to withdraw motion for order to show cause,

IT IS ORDERED by the court, that the motion to withdraw be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.